FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 MAR 15  AM 7: 33

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CONNIE COSTANZA** | **CIVIL ACTION** |
| **VERSUS** | **NO. 05-0177** |
| **JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION** | **SECTION "K"(3)** |

## O R D E R

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date that no objections to the Magistrate Judge's Report and Recommendation have been filed, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Summary Judgment is GRANTED, in that the Commissioner's decision is REVERSED and the plaintiff's case is REMANDED for further proceedings consistent with this Court's opinion.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment is DENIED.

New Orleans, Louisiana, this 14th day of MARCH, 2006.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process____
_X_ Dktd_____
_✓_ CtRmDep__
___ Doc. No___